ANTON BALINT and ELIZABETH BALINT, complainants-respondents,

*v.*

FRED KALITA and MARY KALITA, defendants-appellants.

[Submitted May 25th, 1934—Decided October 5th, 1934.]

*Mr. Samuel S. Cohen* and *Mr. G. George Goldman,* for the appellants.

*Mr. Stephen F. Somogyi,* for the respondents.

PER CURIAM.

The decree under review is affirmed, by an equally divided court.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, BODINE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 7.

*For reversal*—PARKER, LLOYD, CASE, DONGES, HEHER, PERSKIE, KAYS, JJ. 7.